| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| JUAN GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:20-CV-555 |
| § | |
| STILES UNIT, et al., § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Juan Garcia, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Stiles Unit, Darrell Wallace, Rockella Neal, Officer Brown, Sergeant Harold, Inmate Newberry, and Inmate Auguliar.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On May 16, 2023, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e). Plaintiff was granted multiple extensions of time to file objections to the report and recommendation. To date, the parties have not filed objections.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#33) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 13th day of September, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE